FRANK BAILEY et al., Appellants, *v.* BUSH TERMINAL COMPANY, Respondent.

Argued June 6, 1944; decided July 19, 1944.

*Spencer Pinkham* and *Henry F. Holthusén* for appellants.
*Arthur Garfield Hays, John Schulman* and *Morris Shilensky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.